UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

                                    Case Nos.   15-20652-3
                                                      15-20751

vs.

                                    HON.  GEORGE CARAM STEEH

EUGENE FISCHER,

                Defendant.

_____/

## ORDER FINDING CONFLICT OF INTEREST FOR ATTORNEY PERKINS

       This matter came before the court on defendant Eugene Fischer's attorney Todd

Perkins' motion in regard to a potential conflict of interest.  Having heard from Mr.

Perkins, Mr. Fischer, and the assistant United States Attorney Mr. Graveline, the court

hereby finds that Mr. Perkins has a conflict of interest and cannot provide adequate

legal representation to Mr. Fischer.  Mr. Perkins is therefore permitted to withdraw as

counsel.

       The court will ask the Federal Defender's Office to appoint a panel attorney to

represent Mr. Fischer.

       Mr. Fischer's arraignment is adjourned until March 23, 2016 at 2:00 p.m. before

this court.

       IT IS SO ORDERED.

Dated:  March 16, 2016

                                        s/George Caram Steeh_____
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 16, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk